1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

RUSSELL DICKERSON III,

Plaintiff,

v.

ABERDEEN SCHOOL DISTRICT NO. 5,

Defendant.

No. 3:10-cv-5886 BHS

**STIPULATION AND
ORDER OF DISMISSAL**

**NOTE ON MOTION CALENDAR:
January 25, 2012**

## I.      STIPULATION

IT IS HEREBY STIPULATED by and between the parties hereto, by and through their

counsel of record, that the above-entitled cause, having been fully settled and compromised,

may be dismissed with prejudice and without costs or fees to any party.

DATED this 25th day of January, 2012.

HILLIS CLARK MARTIN & PETERSON P.S.

By      s/ Alexander M. Wu
_____
Michael R. Scott, WSBA #12822
Joseph A.G. Sakay, WSBA #24667
Alexander M. Wu, WSBA #40649
Hillis Clark Martin & Peterson, P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789
Email:  mrs@hcmp.com;
jas@hcmp.com; amw@hcmp.com

FLOYD PFLUEGER & RINGER, P.S.

By:      s/ Sean E.M. Moore
_____
Francis S. Floyd, WSBA #10642
Sean E.M. Moore, WSBA #30840
Floyd Pflueger & Ringer, P.S.
2505 Third Avenue, Suite 300
Seattle, Washington 98121-1445
Telephone: (206) 441-4455
Facsimile: (206) 441-8484
Email:  ffloyd@floyd-ringer.com;
smoore@floyd-ringer.com

1
2  AMERICAN CIVIL LIBERTIES UNION OF          Attorneys for Defendant
   WASHINGTON FOUNDATION                       Aberdeen School District No. 5
3          Sarah A. Dunne, WSBA #34869
           American Civil Liberties Union of
4          Washington
5          901 Fifth Avenue, Suite 630
           Seattle, WA 98164
6          Telephone: (206) 624-2184
           Facsimile: (206) 624-2190
7          Email:  dunne@aclu-wa.org;
8          spidell@aclu-wa.org
9  Attorneys for Plaintiff Russell Dickerson III
10
11
12                    II.     ORDER OF DISMISSAL
13
       THIS MATTER having come before the undersigned Judge of the above-entitled Court
14
   upon the stipulation of the parties hereto, and it appearing to the Court that the matter has
15
   been fully resolved, now, therefore, it is hereby
16
       ORDERED, ADJUDGED, AND DECREED that this matter is hereby dismissed with
17
   prejudice and without costs or fees to any party.
18
       DATED this 26th day of January, 2012
19
20
21
22                                             _____
23                                             BENJAMIN H. SETTLE
                                               United States District Judge
24
25
26
27
28